David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

FILED
2006 JAN 20 AM 10:06
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

January 10, 2006

Chief Judge Paul R. Matia
ATTN: Office of the Clerk
USDC - Northern District of Ohio
313 Thomas D. Lambros Federal Bldg. and
United States Courthouse
125 Market Street
Youngstown, OH 44503

*Re: CR02-69T USA v. Lisa L. Tricou*

To Whom it May Concern:

Enclosed please find certified copies of the Indictment, Plea Agreement, Judgment and Commitment form, and docket sheet in this matter for your records in relation to the transfer of jurisdiction of this defendant under supervised release.

Should you have any questions, please contact me at the above reference number. Please return a file-stamped copy of this letter to the District of Rhode Island. Thank you in advance for your attention to this matter.

Very Truly Yours,

Ryan H. Jackson
Deputy Clerk

rj/
encl.